UNITED STATES GOVERNMENT

# memorandum

DATE: 10-18-93

REPLY TO ATTN OF: MAGISTRATE JUDGE _[signature]_

SUBJECT: **CONTRIBUTION TO EXPENSE OF APPOINTED COUNSEL**

TO: JUDGE _____

Case No. 93-2231 m-2

Defendant's Name Hilda Ramirez-Ross

After reviewing the Affidavit of Financial Status in this case, it is my opinion that the defendant is on the borderline of financial inability to pay. An order of contribution towards his defense may be in order.

The defendant was advised that the appointment of counsel was made subject to an order for contribution at the discretion of the judge to whom his case would be assigned.

**CONTRIBUTION TO EXPENSE OF APPOINTED COUNSEL**

M-39 (02/91)

OPTIONAL FORM NO. 10
(REV. 1-80)
GSA FPMR (41 CFR) 101-11.6
5010-114
☆ U.S. GPO: 1988—201-760/80028